THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CONSTANCE WOOD, | ) Case No.: 1:17-CV-413-CAB |
| | ) |
| Plaintiff, | ) JUDGE CHRISTOPHER A. BOYKO |
| | ) |
| vs. | ) **JOINT MOTION FOR DISMISSAL** |
| | ) **WITH PREJUDICE** |
| ALDO'S RESTAURANT, INC. *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOW COME the parties, by and through their undersigned counsel, and jointly move, pursuant to F.R.C.P. 41(a)(2), for dismissal of Wood's claims with prejudice *upon the Court's finding that the settlement is fair, reasonable and approved by the Court.*

The Court shall retain jurisdiction to enforce the parties' settlement agreement.

Respectfully submitted,

*/s/Chris P. Wido*
Chris P. Wido (0090441)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Boulevard, Suite 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: chris.wido@spitzlawfirm.com
*Attorney for Plaintiff*

*/s/ Barry Y. Freeman*
Barry Y. Freeman (0062040)
**BUCKINGHAM, DOOLITTLE &
BURROUGHS, LLC**
1375 E. 9th Street, Suite 1700
Cleveland, Ohio, 44114
Phone: (216) 736-4223
Fax:    (216) 615-3023
Email: bfreeman@bdblaw.com
*Attorney for Defendants*

CL2:467893_v1