# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **CONSTANCE WOOD,** | ) | **CASE NO. 1:17CV413** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | **FINAL ORDER AND JUDGMENT** |
| | ) | **APPROVING SETTLEMENT** |
| **ALDO'S RESTAURANT, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CHRISTOPHER A. BOYKO, J.**:

This matter comes before the Court upon the parties' Joint Motion (ECF DKT #13), pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), asking the Court to approve, as fair and reasonable, the proposed Settlement reached by the parties and memorialized in their Confidential Settlement Agreement and Release, and to dismiss Plaintiff's claims with prejudice.

Having reviewed the Settlement Agreement as well as the pleadings and papers filed in this Action, and for good cause shown, the Court enters this Final Order and Judgment approving the Settlement, the Settlement Agreement, including the Total Settlement Amount, the proposed Individual Payment to Plaintiff Constance Wood and the proposed payment of attorneys' fees and cost reimbursements to Plaintiff's counsel, as follows:

1. This Action was filed by Plaintiff Constance Wood on March 1, 2017, against Defendant Aldo's Restaurant, Inc. and Defendant Aldo Zappa, asserting wage and hour claims under the FLSA and the Ohio Minimum Fair Wage Standards Act.

2. The Settlement Agreement and Release was submitted for in camera review and

covers all of Plaintiff Wood's federal and state wage and hour claims.

3.  The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b).

4.  The Court approves the Settlement Agreement and orders that the Settlement Agreement be implemented according to its terms and conditions.

5.  The Court finds that the Total Settlement Amount as well as the proposed Individual Payment to Plaintiff are fair and reasonable.

6.  The Court approves the payment of attorneys' fees and costs to Plaintiff's Counsel as provided in the Settlement Agreement; and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Agreement.

7.  This Action and all Plaintiff's claims are dismissed with prejudice.  The Court finds there is no just reason for delay and directs the Clerk of Court to enter this Final Order and Judgment immediately.

8.  As requested by the parties in the Settlement Agreement and Joint Motion, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and to resolve any disputes thereunder.

**IT IS SO ORDERED.**

**s/ Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**

Dated:  August 28, 2017